UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CLEVELAND HICKMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06CV690 RWS |
| ) | |
| PRESIDENT CASINO, INC., et al., ) | |
| ) | |
| Defendants. ) | |

# MEMORANDUM AND ORDER

This matter is before me on the President Casino's motion to dismiss or, in the alternative, for summary judgment. President Casino seeks a dismissal of all plaintiff's claims against it[1] based on a signed release. In support of its motion, President Casino has attached a copy of the release and correspondence with the plaintiff. President Casino did not, however, comply with the local rule governing summary judgment motions. Plaintiff opposes dismissal on a number of grounds but has failed to support his argument with affidavits or other evidence. Because the President Casino's motion relies on evidence outside the pleadings, I must treat it as one for summary judgment. This requires President Casino to comply with the local rule governing summary judgment motions. Because it has not, I will deny the

---

[1]Plaintiff also asserts claims against additional defendants, but these defendants are not parties to the release.

pending motion without prejudice, subject to being re-filed in compliance with the local rules.

Accordingly,

**IT IS HEREBY ORDERED** that defendant President Casino's motion to dismiss or in the alternative for summary judgment [#13] is denied without prejudice as set forth above.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this <u>17th</u> day of <u>August</u>, 2006.